UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMMIE LEE ANDREWS,

      Petitioner,

v.                                    CASE NO. 6:98-cv-333-Orl-19

HARRY K. SINGLETARY, JR., et al.,

      Respondents.

_____

**<u>ORDER</u>**

This case is before the Court on the following motions:

1.      Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 50, filed June 30, 2008) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.      Petitioner's Motion for a Certificate of Appealability (Doc. No. 49, filed June 27, 2008) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __3rd__ day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 7/3
Counsel of Record
Tommie Lee Andrews